# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

August 10, 2018

Circuit Court of the First Circuit, State of Hawaii
Ka'ahumanu Hale
777 Punchbowl Street
Honolulu HI 96813 – 5093

Re: CHRISTOPHER DEEDY V. RUSSELL SUZUKI, Acting Attorney General, State of Hawaii; et al.

USDC HI Case No. CV 18-00094 DKW-RLP
**Circuit Court Case No. CR 11-1-1647;** *State of Hawaii vs. Christopher Deedy*

To Whom It May Concern,

    Enclosed, for your reference, please find a certified copy of the "Order (1) Denying Motion to Strike Petition; and (2) Granting Deedy's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241", ECF No. 29 and the Clerk's Judgment, ECF No. 30, both filed on August 10, 2018. Please acknowledge receipt on the copy of this letter and return in the envelope provided.

Sincerely Yours,

SUE BEITIA, CLERK

by: /s/ EA
    Deputy Clerk



cc: all counsel of record via CM/ECF

To the Circuit Court of the First Circuit, State of Hawaii:
Please acknowledge receipt on the copy of this letter and return.

Date: _____   By: _____