KEITH M. KANESHIRO  2027
Prosecuting Attorney
Donn Fudo  4769
Deputy Prosecuting Attorney
City and County of Honolulu
1060 Richards Street
Honolulu, Hawai'i 96813
Telephone:  (808) 768-6535
Facsimile: (808) 768-6436
Email: dfudo@honolulu.gov

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| CHRISTOPHER DEEDY,<br><br>  Petitioner,<br><br>  v.<br><br>RUSSELL SUZUKI, *et al.*,<br><br>  Respondents. | Civ. No. 18-00094 DKW-RLP<br><br>NOTICE OF APPEAL;<br>CERTIFICATE OF SERVICE |

<u>NOTICE OF APPEAL</u>

Notice is hereby given that Russell Suzuki, *et al.*, Respondents in the above named case, by and through their attorneys, Keith M. Kaneshiro, Prosecuting Attorney and Donn Fudo, Deputy Prosecuting Attorney, City and County of Honolulu, State of Hawai'i, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the ORDER (1) DENYING MOTION TO STRIKE

PETITION; AND (2) GRANTING DEEDY'S PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 entered in this action of the 10th day of August, 2018, and the JUDGMENT IN A CIVIL CASE entered in this action on the 10th day of August, 2018.

    Dated at Honolulu, Hawai'i: August 29, 2018.

        Respectfully submitted,

        RUSSELL SUZUKI *et al*.,
        Respondents

        By KEITH M. KANESHIRO
           Prosecuting Attorney

        BY /s/ Donn Fudo
           Deputy Prosecuting Attorney
           City and County of Honolulu
           Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| CHRISTOPHER DEEDY | ) Civ. No. 18-00094 DKW-RLP |
| Petitioner, | ) |
| v. | ) NOTICE OF APPEAL; <br> ) CERTIFICATE OF SERVICE |
| RUSSELL SUZUKI, *et al.*, | ) |
| Respondents. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2018, a true and correct copy of the Notice of Appeal will be served on the following parties at their last known address:

THOMAS M. OTAKE @ thomas@otakelaw.com
Attorney for Petitioner Christopher Deedy

/s/ Donn Fudo
Deputy Prosecuting Attorney
City and County of Honolulu
Attorneys for Respondents